347 A.2d 485
**COMMONWEALTH of Pennsylvania**
v.
**James P. BARILIK, Appellant.**

Supreme Court of Pennsylvania.
Nov. 26, 1975.

James T. Owens, West Chester, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst.

539

Dist. Atty., Chief, Appeals Division, James T. Ranney, Asst. Dist. Atty., Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.